

June 9, 2005

The Honorable James Larson
Magistrate Judge of the United States District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

      Re:  *Taylor, et al. v. City of Oakland, et al.*
          Case No. C 04 4843 MHP (JL)

Dear Judge Larson:

      This letter confirms the continuance of the settlement conference in the above-noted matter, originally scheduled to occur on June 16, 2005 at 2:00 p.m., to be continued to August 23, 2005 at 10:00 a.m., with a Settlement Conference Statement due one week before that on August 16, 2005.  The continuance is necessary because discovery has not been sufficiently completed to hold a meaningful settlement conference at this time.  Attorneys for the parties have conferred and are available for the August 23 settlement conference.  respectfully thank the Court for its efforts in accommodating the continued settlement conference.

                             Respectfully submitted,


                             /s/
                             Ben Nisenbaum
                             Attorney for Plaintiffs

Cc:  Arlene Rosen, Senior Deputy City Attorney