FILED

NOV 1 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2 | WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100760
3 | One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
4 | Telephone: (510) 637-0360         Fax: (510) 238-6500
X02484/356688

Attorneys for Defendants
CITY OF OAKLAND, et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAYLOR, individually; ROBERT FORBES, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation, et al.,<br><br>Defendants. | Case No. C-04-4843-MHP<br><br>[~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS HEREBY ORDERED that the Case Management Conference in this matter, currently set for Monday, November 21, 2005 at 4:00 p.m., is continued to Monday, January 9, 2006 at 4:00 p.m. in United States District Court, Courtroom 15, 18th

///
///
///
///
///
///

Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Conference Statement and serve Initial Disclosures or state objection in Rule 26(f) report no later than January 2, 2006.

DATED: 11/15/05

_____
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        2        C-04-4843-MHP