JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 637-0360    Fax: (510) 238-6500
X02484/376719

Attorneys for Defendants
CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAYLOR, individually; ROBERT FORBES, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation, et al.,<br><br>Defendants. | Case No. C-04-4843-MHP<br>C-05-3110 MHP<br>C-05-3204-MHP<br><br>[PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

AND RELATED ACTIONS
_____

IT IS HEREBY ORDERED that the Status Conference in the above related matters, currently set for Monday, July 10, 2006 at 3:00 p.m., is continued to Monday, July 31, 2006 at 3:00 p.m. in United States District Court, Courtroom 15, 18th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The parties shall file an updated Joint Status Conference Statement by July 26, 2006.

DATED: July 5, 2006

_____
UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*