JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiffs Darnell Foster and Rafael Duarte

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff Yancie Young

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAYLOR, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND,  et al;<br><br>Defendants.<br><br>*and related cases* | Case No. 04-4843 MHP<br>*And related cases*<br>C 05-3110 MHP<br>C 05-3204 MHP<br>C 06-2426 MHP<br>C 07-1773 MHP<br>C 07-04179 MHP<br>C 07-06298 MHP<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND FACT DISCOVERY CUTOFF AND EXPERT DESIGNATIONS AND REPORTS**<br><br>**AS AMENDED BY COURT** |

The parties hereby stipulate to extend the fact discovery cutoff of November 17, 2008 by 60 days to January 19, 2008 and expert witness designations from December 5, 2008 by 60 days to February 3, 2008 in the following matters set for trial March 3, 2009.

*James Taylor v. City of Oakland, et al.*

*Darnell Foster v. City of Oakland, et al.*

*Yancie Young v. City of Oakland, et al.*

*Spencer Lucas, Kirby Bradshaw v. City of Oakland, et al.*

*Mark Engram, Richard Rix, Michael Holmes v. City of Oakland, et al.*

The requested modifications are based on the need to complete discovery in each of the above-noted cases. The parties do not expect the requested extension to impact the pre-trial conference date of February 19, 2008.

Respectfully submitted,

Dated: November 5, 2008                The Law Offices of John L. Burris


_____/s/_____
John L. Burris, Esq.
Attorney for Plaintiffs Foster, Duarte,
and class members


Dated: November 5, 2008                Haddad & Sherwin


_____/s/_____
Michael J. Haddad, Esq.
Attorney for Plaintiffs Young
and class members


Dated: November 5, 2008                Office of the City Attorney of Oakland


_____/s/_____
Arlene M. Rosen,
Attorney for Defendant
CITY OF OAKLAND, et al.

1   GOOD CAUSE SHOWN, pursuant to stipulation, the Court hereby grants the parties'
2  stipulations and orders that the fact discovery cutoff in each of the above-noted cases is extended to
   **January 6, 2009**
3  ~~January 19, 2008~~.  The parties shall designate expert witnesses and exchange expert witness reports
   **January 13, 2009**
4  no later than ~~February 3, 2008~~.  The Pre-Trial Conference date and trial date remain unchanged.

6  **IT IS SO ORDERED.**

8  Dated: __11/14/2008_____



_____
Hon. Marilyn Hall Patel
DISTRICT JUDGE

STIPULATION AND (PROPOSED) ORDER EXTENDING DISCOVERY CUTOFF
AND EXPERT WITNESS DESIGNATION DATES                                                       3