```
 1  JOHN L. BURRIS, Esq./ State Bar #69888
    BENJAMIN NISENBAUM, Esq./State Bar #222173
 2  LAW OFFICES OF JOHN L. BURRIS
    Airport Corporate Centre
 3  7677 Oakport Street, Suite 1120
    Oakland, California 94621
 4  Telephone:  (510) 839-5200
    Facsimile:  (510) 839-3882
 5
    Attorneys for Plaintiffs
 6
    MICHAEL J. HADDAD (State Bar No. 189114)
 7  JULIA SHERWIN  (State Bar No. 189268)
    HADDAD & SHERWIN
 8  505 Seventeenth Street
    Oakland, California  94612
 9  Telephone: (510) 452-5500
    Fax: (510) 452-5510
10
    Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JAMES TAYLOR, et. al., | ) | **Related Case No. C-04-4843 MHP** |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | Hon. Marilyn Hall Patel |
| CITY OF OAKLAND, et. al., | ) | **STIPULATION AND (PROPOSED) ORDER TO CONTINUE TRIAL, PRETRIAL CONFERENCE, AND RELATED DATES** |
| Defendants, | ) | |
| <u>*AND ALL RELATED CASES*</u> | ) | |
| JIMMY RIDER,    (Case No. C-05-3204 MHP) | ) | Current Trial Date: March 3, 2009 |
| Plaintiff, | ) | |
| vs. | ) | |
| CITY OF OAKLAND, et. al., | ) | |
| <u>            Defendants,            </u> | ) | |
| DARNELL FOSTER AND CLASS MEMBERS, et. al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| CITY OF OAKLAND, et al., | ) | |
| Defendants, | ) | |
| (Case No. 3:05-cv-3110 MHP) | ) | |
| ***JOINT CAPTION CONTINUED ON NEXT PAGE*** | ) | |

NO. C-04-4843 MHP (JL) STIPULATION AND (PROPOSED) ORDER TO CONTINUE TRIAL,
PRETRIAL CONFERENCE, AND RELATED DATES                                                    1

| | |
|---|---|
| 1 | _____ ) |
| 2 | TYRONE MOORE, et al., ) |
| 3 | Plaintiffs, ) |
| 4 | vs. ) |
| 5 | CITY OF OAKLAND, et. al. ) |
| 6 | Defendants, ) |
| 7 | (Case No. C-06-2426 MHP) ) |
| 8 | ) |
| 9 | JEFFRIE MILLER, et. al., ) |
| 10 | Plaintiffs, ) vs. ) |
| 11 | CITY OF OAKLAND, et al., ) |
| 12 | Defendants. ) |
| 13 | (Case No. C-07-1773 MHP) ) |
| 14 | ) |
| 15 | WARD, et. al., ) |
| 16 | Plaintiffs, ) |
| 17 | vs. ) |
| 18 | CITY OF OAKLAND, et al., ) |
| 19 | Defendants. ) |
| 20 | (Case No. C-07-4179  MHP) ) |
| 21 | ) |
| 22 | SMITH, et. al., ) |
| 23 | Plaintiffs, ) vs. ) |
| 24 | CITY OF OAKLAND, et al., ) |
| 25 | Defendants. ) |
| 26 | (Case No. C-07-6298 MHP) ) |
| 27 | ) |
| 28 | ) |

| | |
|---|---|
| 1 | TURNER, et. al., ) |
| 2 | ) Plaintiffs, ) |
| 3 | vs. ) ) |
| 4 | CITY OF OAKLAND, et al., ) ) |
| 5 | Defendants. ) ) |
| 6 | (Case No. C-08-3114 MHP) ) |
| 7 | |

All parties to these related cases, by and through their respective counsel of record, hereby stipulate and jointly request this Court to continue the current trial date (March 3, 2009), Pretrial Conference date (February 19, 2009), and related deadlines, for the following reasons:

The claims of eight Plaintiffs (Rix, Engram, Holmes, Bradshaw, Lucas, Taylor, Foster, and Young) are currently scheduled for trial on March 3, 2009. All parties have been focusing discovery efforts on these claims, however, numerous issues have delayed the completion of depositions necessary for the trial of these claims. Defendant Officer Festag, who allegedly strip searched Plaintiff Foster, has a broken jaw, his jaw has been wired shut, and he is out on medical disability leave. Plaintiffs' counsel has currently lost contact with Plaintiff Rix. Lieutenant J. Denson, who performed the Internal Affairs investigation of Plaintiff Young's sustained strip search complaint has retired and the City has not been able to produce him for deposition yet. Additionally, scheduling problems have resulted in the parties' inability to complete the depositions of several other officers and witnesses to these incidents.

Although a significant number of depositions have been completed, the parties simply are not ready for expert disclosures in January, and will not be able to adequately prepare the substantial trial documents due by February 9, 2009.

Further, counsel for all parties met with Judge Larson on January 12, 2009, and have scheduled three settlement conferences with Judge Larson to attempt to globally resolve all

damages, injunctive relief, and related claims in all of the 40 related cases.  Currently settlement conference dates are set for February 3, 4, and 11, 2009.  The parties request time from this court to attempt to settle these matters without substantially increasing costs and attorneys' fees by preparing for an imminent March 3rd trial date.

Finally, Plaintiffs' counsel, Michael Haddad and Julia Sherwin were scheduled to start trial in another civil rights case pending in the Eastern District before the Hon. John A. Mendez (Beecham v. City of West Sacramento, No. 07-1115 JAM) on January 12, 2009, however that trial was continued on January 8 due to a medical crises in the defense counsel's family.  Since that case is trial ready, Judge Mendez is holding March 23, 2009 for trial of the Beecham case in the event this Court continues the March 3, 2009 trial date in the present cases.

Counsel for all parties in the present cases will make themselves available for a telephonic conference with this Court if this Court desires more information or wishes to discuss this matter.

For these reasons, all parties respectfully request that this court vacate the pending March 3, 2009, trial date, the pending February 19, 2009, final pretrial date, the related discovery and pretrial deadlines, and reschedule those dates as follows:

| | |
|---|---|
| Close of non-expert discovery for first eight cases going to trial: | April 17, 2009 |
| Expert Disclosure: | May 1, 2009 |
| Close of expert discovery: | May 22, 2009 |
| Final Pretrial Conference: | early-June, 2009 |
| Trial: | mid-June to early-July (preferably before July 6, 2009) |

1 | DATED: January 15, 2009        Respectfully submitted,

2 |           OFFICE OF THE CITY ATTORNEY

3

4 |         By: /s/ Arlene Rosen_____
         Attorneys for Defendants
5 |          City of Oakland, et al.

6 | DATED: January 15, 2009        LAW OFFICES OF JOHN L. BURRIS

7

8 |         By: /s/ Ben Nisenbaum_____
         Attorneys for Plaintiffs

9 | DATED: January 15, 2009        HADDAD & SHERWIN

10

11

12 |         By:/s/ Michael J. Haddad_____
         Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NO. C-04-4843 MHP (JL) STIPULATION AND (PROPOSED) ORDER TO CONTINUE TRIAL,
PRETRIAL CONFERENCE, AND RELATED DATES                            5

1 **ORDER**

For these reasons stipulated by the parties, IT IS HEREBY ORDERED that the pending March 3, 2009, trial date, the pending February 19, 2009, final pretrial date, and related discovery and pretrial deadlines for the first eight cases to be tried in these related cases are VACATED. Pretrial and Trial dates are rescheduled as follows:

| | |
|---|---|
| Close of non-expert discovery for first eight cases going to trial: | April 17, 2009 |
| Expert Disclosure: | May 1, 2009 |
| Close of expert discovery: | May 22, 2009 |
| Final Pretrial Conference: | June 17, 2009 at 2:30 pm |
| Trial: | June 30, 2009 at 8:30 am |

DATED: 1/16/2009



_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

NO. C-04-4843 MHP (JL) STIPULATION AND (PROPOSED) ORDER TO CONTINUE TRIAL,
PRETRIAL CONFERENCE, AND RELATED DATES                                                                 6