UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES TAYLOR, ET AL.,

        Plaintiffs,

  v.

CITY OF OAKLAND, ET AL.,

        Defendants.
_____/

No. C 04-4843 MHP  (JL)

NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Settlement Conference shall take place on **Wednesday, March 18, 2009 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.

DATED:   February 24, 2009

_____
JAMES LARSON
United States Magistrate Judge

SETTLEMENT CONFERENCE NOTICE              1