JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
ARLENE M. ROSEN, Senior Deputy City Atty., SBN 100160
STEPHEN Q. ROWELL, Deputy City Atty., SBN 098228
KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Email: kawestmore@oaklandcityattorney.org
Telephone: (510) 238-6382, Fax: (510) 238-6500
SS02484:628271_1

Attorneys for Defendants
CITY OF OAKLAND, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES TAYLOR, individually; ROBERT FORBES, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. C-04-4843-MHP<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR ORDER GRANTING COUNSEL TO BRING ELECTRONIC AND RELATED EQUIPMENT INTO THE COURTROOM FOR TRIAL 2/9/10 THROUGH CONCLUSION** |
| DARNELL FOSTER, RAFAEL DUARTE, and YANCIE YOUNG, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. C-05-03110-MHP |
| DAVID WARD; et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. C-07-04179-MHP |
| RELATED ACTION TO FOLLOW | |

1

DEFENDANTS' EX PARTE APPLICATION FOR ORDER
GRANTING COUNSEL TO BRING ELECTRONIC AND RELATED
EQUIPMENT INTO THE COURTROOM FOR TRIAL 2/9/10 THROUGH CONCLUSION

| | |
|---|---|
| JOHN SMITH; et al., | Case No. C-07-06298-MHP |
| Plaintiffs, vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

I, ARLENE M. ROSEN, declare:

1. I am an attorney licensed to practice before all courts in the State of California and this Court. I am a Senior Deputy City Attorney with the Office of the City Attorney of Oakland, attorney of record for defendant in this action.

2. Defendant's counsel requests that defendant be permitted to bring the following equipment into Courtroom 15, 18th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California for the duration of the trial in the above-entitled action, set to commence on February 9, 2010.

    A. Digital voice recorder/player;

    B. Tape recorder/player;

    C. CD Rom/DVD player and speakers.

Said equipment will be used only for the purpose of demonstrative, evidentiary and/or other appropriate purposes as allowed by the Court during the course of trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of January, 2010 at Oakland, California.

_____
Arlene M. Rosen

## ORDER

Having considered the ex parte application above, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant's counsel shall have leave to bring the following equipment to the trial of the above-captioned matter, to be held in Courtroom 15, United States District Court, for the duration of the trial:

A. Digital voice recorder/player;

B. Tape recorder/player;

C. CD Rom/DVD player and speakers

This order shall remain in effect until the conclusion of the trial.

IT IS SO ORDERED.

Dated: 1/13/2010

IT IS SO ORDERED

Judge Marilyn H. Patel