1  JOHN A. RUSSO, City Attorney, SBN 129729
   RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
2  WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
   ARLENE M. ROSEN, Senior Deputy City Atty., SBN 100160
3  STEPHEN Q. ROWELL, Deputy City Atty., SBN 098228
   KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
4  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
5  Email: kawestmore@oaklandcityattorney.org
   Telephone: (510) 238-6382, Fax: (510) 238-6500
6  SS02484:632199

7  Attorneys for Defendants
   CITY OF OAKLAND, et al.
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES TAYLOR, individually; ROBERT FORBES, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. C-04-4843-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE AND RELATED DATES** |
| DARNELL FOSTER, RAFAEL DUARTE, and YANCIE YOUNG, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. C-05-03110-MHP |
| DAVID WARD; et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. C-07-04179-MHP |
| RELATED ACTION TO FOLLOW | |

| | |
|---|---|
| JOHN SMITH; et al.,<br><br>　　　　　Plaintiffs,<br>　　vs.<br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | Case No. C-07-06298-MHP |

All parties to these related cases, by and through their respective counsel of record, hereby stipulate and jointly request this Court to continue the current pretrial conference date of February 4, 2010 to **2:30 p.m., February 18, 2010.** The deadline for all remaining pretrial filings is ten days before the pretrial conference.

The parties request this continuance because the trial date has been continued from February 9, 2010 to March 2, 2010, and the Court has indicated its availability on the proposed new date.

DATED: January 27, 2010　　　　OFFICE OF THE CITY ATTORNEY OF OAKLAND

　　　　　　　　　　　　　　　　By:_____s/s_____
　　　　　　　　　　　　　　　　　　Arlene M. Rosen

DATED: January 27, 2010　　　　LAW OFFICES OF JOHN L. BURRIS

　　　　　　　　　　　　　　　　By:___s/s_____
　　　　　　　　　　　　　　　　　　Benjamin Nisenbaum

DATED: January 27, 2010　　　　HADDAD & SHERWIN

　　　　　　　　　　　　　　　　By:___s/s_____
　　　　　　　　　　　　　　　　　　Michael J. Haddad

### ORDER

Having considered the Stipulation above, and good cause appearing therefor,

1    IT IS HEREBY ORDERED that the pretrial conference shall be continued from
2  February 4, 2010 at 2:30 p.m., to **February 18, 2010**. The filing of all pretrial documents shall be
3  extended accordingly.
4    IT IS SO ORDERED.
5  Dated:  1/28/10

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
PRETRIAL CONFERENCE AND RELATED DATES