JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES TAYLOR, et. al., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF OAKLAND, et. al., <br><br> Defendants, <br><br> *AND ALL RELATED CASES* <br><br> JIMMY RIDER, <br><br> Plaintiff, <br> vs. <br><br> CITY OF OAKLAND, et. al., <br><br> Defendants, (Case No. C-05-3204 MHP) <br><br> DARNELL FOSTER AND CLASS MEMBERS, et. al., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants, (Case No. 3:05-cv-3110 MHP) <br> *JOINT CAPTION CONTINUED ON NEXT PAGE* | **Related Case No. C-04-4843 MHP** <br><br> Hon. Marilyn Hall Patel <br><br> (PROPOSED) **ORDER ISSUING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO ALLOW MARK ENGRAM TO TESTIFY AS WITNESS** <br><br> Trial Date: March 9, 2010 |

| | |
|---|---|
| 1  TYRONE MOORE, et al., | ) |
| 2 | ) |
| 3            Plaintiffs, | ) |
|       vs. | ) |
| 4 | ) |
|   CITY OF OAKLAND, et. al. | ) |
| 5 | ) |
|            Defendants, | ) |
| 6 | ) |
|   (Case No. C-06-2426 MHP) | ) |
| 7 | ) |
| 8  JEFFRIE MILLER, et. al., | ) |
| 9            Plaintiffs, | ) |
|       vs. | ) |
| 10 | ) |
|    CITY OF OAKLAND, et al., | ) |
| 11 | ) |
| 12            Defendants. | ) |
| 13  (Case No. C-07-1773 MHP) | ) |
| 14  WARD, et. al., | ) |
| 15            Plaintiffs, | ) |
| 16      vs. | ) |
| 17  CITY OF OAKLAND, et al., | ) |
| 18            Defendants. | ) |
| 19 | ) |
|    (Case No. C-07-4179 MHP) | ) |
| 20 | ) |
| 21  SMITH, et. al., | ) |
| 22            Plaintiffs, | ) |
|       vs. | ) |
| 23 | ) |
|    CITY OF OAKLAND, et al., | ) |
| 24 | ) |
| 25            Defendants. | ) |
| 26  (Case No. C-07-6298 MHP) | ) |
| 27 | ) |
| 28  ***JOINT CAPTION CONTINUED ON NEXT PAGE*** | ) |

| | |
|---|---|
| TURNER, et. al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| CITY OF OAKLAND, et al., | ) |
| Defendants. | ) |
| (Case No. C-08-3114 MHP) | ) |
| COLEY, et. al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| CITY OF OAKLAND, et al., | ) |
| Defendants. | ) |
| (Case No. C-08-4255 MHP) | ) |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

You are hereby commanded to bring the body of Mark Engram before the Honorable Marilyn Hall Patel, United States District Judge for the Northern District of California, in Courtroom 15 of the San Francisco courthouse located at 450 Golden Gate Avenue, San Francisco, California 94102, beginning on March 17, 2010, through and including March 19, 2010 at 9:00 a.m. each day, and at the termination of trial each day to return him to the Glenn E. Dyer Detention Facility.

DATED: 3/10/2010



_____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE