1  JOHN L. BURRIS (State Bar No. 69888)
   BENJAMIN NISENBAUM (State Bar No. 222173)
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone:  (510) 839-5200
   Facsimile:   (510) 839-3882

5  Attorneys for Plaintiffs

6  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
7  HADDAD & SHERWIN
   505 Seventeenth Street
8  Oakland, California  94612
   Telephone: (510) 452-5500
9  Fax: (510) 452-5510

10 Attorneys for Plaintiffs

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13 | JAMES TAYLOR, et. al.,                          | ) **Related Case No. C-04-4843 MHP**
14 |                                                 | )
   |         Plaintiffs,                             | ) Hon. Marilyn Hall Patel
15 | vs.                                             | )
   |                                                 | )
16 | CITY OF OAKLAND, et. al.,                       | ) **STIPULATION CONTINUING**
   |                                                 | ) **DEADLINE FOR FILING**
17 |         Defendants,                             | ) **MEMORANDA OF PROPOSED**
   |                                                 | ) **FINDINGS OF FACT AND**
   | <u>*AND ALL RELATED CASES*</u>                  | ) **CONCLUSIONS OF LAW**
18 |                                                 | )  ***  AS AMENDED BY COURT**
   | JIMMY RIDER,                                    | )
19 |                                                 | )
   |      Plaintiff,                                 | )
20 | vs.                                             | )
   |                                                 | )
21 | CITY OF OAKLAND, et. al.,                       | )
   |                                                 | )
22 |      <u>Defendants,  (Case No. C-05-3204 MHP)</u> | )
   |                                                 | )
23 | DARNELL FOSTER AND CLASS MEMBERS, et. al.,      | )
   |                                                 | )
24 |                                                 | )
   |         Plaintiffs,                             | )
25 |    vs.                                          | )
   |                                                 | )
26 | CITY OF OAKLAND, et al.,                        | )
   |                                                 | )
27 |         Defendants,  (Case No. 3:05-cv-3110 MHP)| )
28 | ***JOINT CAPTION CONTINUED ON NEXT PAGE***      | )

| | |
|---|---|
| 1 | |
| 2 | TYRONE MOORE, et al., )<br>) |
| 3 | Plaintiffs, )<br>vs. ) |
| 4 | )<br>CITY OF OAKLAND, et. al. ) |
| 5 | )<br>Defendants, ) |
| 6 | ) |
| 7 | (Case No. C-06-2426 MHP) ) |
| 8 | JEFFRIE MILLER, et. al., ) |
| 9 | Plaintiffs, ) |
| 10 | vs. ) |
| 11 | CITY OF OAKLAND, et al., ) |
| 12 | Defendants. ) |
| 13 | (Case No. C-07-1773 MHP) ) |
| 14 | WARD, et. al., ) |
| 15 | Plaintiffs, ) |
| 16 | vs. ) |
| 17 | CITY OF OAKLAND, et al., ) |
| 18 | Defendants. ) |
| 19 | (Case No. C-07-4179  MHP) ) |
| 20 | |
| 21 | SMITH, et. al., ) |
| 22 | Plaintiffs, ) |
| 23 | vs. ) |
| 24 | CITY OF OAKLAND, et al., ) |
| 25 | Defendants. ) |
| 26 | (Case No. C-07-6298 MHP) ) |
| 27 | |
| 28 | ***JOINT CAPTION CONTINUED ON NEXT PAGE*** ) |

Related Case No. C-04-4843 MHP:  STIPULATION CONTINUING DEADLINE FOR FILING MEMORANDA OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW         2

| | | |
|---|---|---|
| 1 | TURNER, et. al., | ) |
| 2 | Plaintiffs, | ) |
| 3 | vs. | ) |
| 4 | CITY OF OAKLAND, et al., | ) |
| 5 | Defendants. | ) |
| 6 | (Case No. C-08-3114 MHP) | ) |
| 7 | COLEY, et. al., | ) |
| 8 | Plaintiffs, | ) |
| 9 | vs. | ) |
| 10 | CITY OF OAKLAND, et al., | ) |
| 11 | Defendants. | ) |
| 12 | (Case No. C-08-4255 MHP) | ) |
| 13 | KOUNTZ, et al, | ) |
| 14 | Plaintiffs, | ) |
| 15 | vs. | ) |
| 16 | CITY OF OAKLAND, et al., | ) |
| 17 | Defendants. | ) |
| 18 | (Case No. C-09-5316 MHP) | ) |

Related Case No. C-04-4843 MHP: STIPULATION CONTINUING DEADLINE FOR FILING MEMORANDA
OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW          3

1 **STIPULATION**

2 All parties, by and through their respective counsel of record, hereby stipulate to continue

3 the deadline for submitting memoranda of proposed findings of fact and law from Thursday, April

4 23, 2010 to Monday, April 26, 2010. Unless otherwise directed by the Court, this change will ~~not~~

5 affect the hearing date and time for this matter /  ~~on Tuesday, April 27, 2010, at 2:30 pm~~. **which is continued to April 30, 2010 at 9:30 a.m.**

7

8 Respectfully Submitted,

9 DATED: April 19, 2010        HADDAD & SHERWIN

11         By: /s/ Michael J. Haddad
12            Attorneys for Plaintiffs

15 DATED: April 19, 2010        OFFICE OF THE CITY ATTORNEY

16         By: /s/ Arlene Rosen
17            Attorneys for Defendants
               City of Oakland, et al.

20 **ORDER**

21 Pursuant to stipulation of the parties, IT IS SO ORDERED.

23 Dated:  4/21          , 2010.

24 _____
25 MARILYN HALL PATEL
   UNITED STATES DISTRICT JUDGE

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]