JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiffs

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAYLOR, et. al., | **Related Case No. C-04-4843 SI** |
| Plaintiffs, | |
| vs. | Hon. Susan Illston |
| CITY OF OAKLAND, et. al., | **STIPULATION AND (PROPOSED) ORDER TO CONTINUE CMC** |
| Defendants, | |
| *AND ALL RELATED CASES* | |
| JIMMY RIDER, | |
| Plaintiff, | |
| vs. | |
| CITY OF OAKLAND, et. al., | |
| Defendants,  (Case No. C-05-3204 SI) | |
| DARNELL FOSTER AND CLASS MEMBERS, et. al., | |
| Plaintiffs, | |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants,  (Case No. 3:05-cv-3110 SI) | |
| *JOINT CAPTION CONTINUED ON NEXT PAGE* | |

| | |
|---|---|
| TYRONE MOORE, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| CITY OF OAKLAND, et. al. | ) |
| Defendants, | ) |
| (Case No. C-06-2426 SI) | ) |
| JEFFRIE MILLER, et. al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| CITY OF OAKLAND, et al., | ) |
| Defendants. | ) |
| (Case No. C-07-1773 SI) | ) |
| WARD, et. al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| CITY OF OAKLAND, et al., | ) |
| Defendants. | ) |
| (Case No. C-07-4179 SI) | ) |
| SMITH, et. al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| CITY OF OAKLAND, et al., | ) |
| Defendants. | ) |
| (Case No. C-07-6298 SI) | ) |

***JOINT CAPTION CONTINUED ON NEXT PAGE***

Related Case No. C-04-4843 SI:  STIPULATION AND (PROPOSED) ORDER TO CONTINUE CMC          2

| | | |
|---|---|---|
| 1 | TURNER, et. al., | ) |
| 2 | Plaintiffs, | ) ) |
| 3 | vs. | ) ) |
| 4 | CITY OF OAKLAND, et al., | ) ) |
| 5 | Defendants. | ) ) |
| 6 | (Case No. C-08-3114 SI) | ) |
| 7 | COLEY, et. al., | ) |
| 8 | Plaintiffs, | ) ) |
| 9 | vs. | ) ) |
| 10 | CITY OF OAKLAND, et al., | ) ) |
| 11 | Defendants. | ) ) |
| 12 | (Case No. C-08-4255 SI) | ) ) |

1    ALL PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS
2    FOLLOWS:
3    A case management conference is currently scheduled for March 30, 2012, at 2:30 pm, in all
4    cases related to No. 04-4843 SI. These related cases involve 41 Plaintiffs alleging unconstitutional
5
6    public strip searches by Oakland Police Officers and OPD policies and customs permitting such
7    searches.
8    All parties have agreed to engage in a mediation with the Hon. Raul Ramirez (Ret.) to try to
9    settle all remaining cases and issues in these related matters. The parties currently are meeting and
10   conferring on mediation and settlement issues, and a day of mediation is scheduled for May 3, 2012.
11   Concurrently, on all recently filed cases, the parties have agreed to exchange initial
12   disclosures by April 4, 2012.
13
14   THEREFORE, IT IS HEREBY STIPULATED, AND THE PARTIES REQUEST THIS
15   COURT TO ORDER, that the case management conference scheduled for March 30, 2012, be
16   continued to June 15, 2012, at 2:30 pm.
17                                     Respectfully Submitted,
18   DATED:  March 19, 2012            HADDAD & SHERWIN
19
20                                     By: /s/ Michael J. Haddad
                                       Attorneys for Plaintiffs
21
22   DATED:  March 19, 2012            LAW OFFICES OF JOHN L. BURRIS
23
                                       By: /s/ John L. Burris
24                                     Attorneys for Plaintiffs

25   DATED:  March 19, 2012            OFFICE OF THE CITY ATTORNEY
26
27                                     By:  /s/ Arlene Rosen
                                       Attorneys for Defendants
28                                     City of Oakland, et al.

Related Case No. C-04-4843 SI:  STIPULATION AND (PROPOSED) ORDER TO CONTINUE CMC          4

1 | DATED: March 19, 2012        BURNHAM BROWN

2

3                                By: /s/ John J. Verber
                                     Attorneys for Defendant
4                                    Officer Ingo Mayer

5

6                                   **ORDER**

7       Pursuant to stipulation of the parties, IT IS SO ORDERED.

8

9   Dated: ___3/20_____, 2012.

10

11                              _____
                                HON. SUSAN ILLSTON
                                UNITED STATES DISTRICT COURT