BARBARA J. PARKER, City Attorney, SBN 069722
RANDOLPH W. HALL, Chief Assistant City Attorney, SBN 080142
ARLENE M. ROSEN, Senior Deputy City Attorney, SBN 100160
CHARLES E. VOSE, Senior Deputy City Attorney, SBN 139700
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392, Fax: (510) 238-6500
SS02484/1094976

Attorneys for Defendants
CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAYLOR, et. al.,<br><br>        Plaintiffs,<br>vs.<br><br>CITY OF OAKLAND, et. al.,<br><br>        Defendants. | Related Case No. C-04-4843-SI<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION AND [PROPOSED] ORDERS TO CONTINUE SETTLEMENT CONFERENCE AND DEADLINE FOR DISPOSITIVE MOTIONS** |
| JIMMY RIDER,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF OAKLAND, et. al.,<br><br>        Defendants.<br>(Case No. C-05-3204-MHP) | |
| DARNELL FOSTER, et. al.,<br><br>       Plaintiffs,<br>vs.<br><br>CITY OF OAKLAND, et. al.,<br><br>       Defendants.<br>(Case No. 3:05-cv-3110-MHP) | |

JOINT CAPTION CONTINUED ON NEXT PAGE

| | |
|---|---|
| 1 | TYRONE MOORE, et al. |
| 2 | Plaintiffs, |
|   | vs. |
| 3 | |
|   | CITY OF OAKLAND, et. al., |
| 4 | |
|   | Defendants. |
| 5 | |
|   | (Case No. C-06-2426-MHP) |
| 6 | |
|   | JEFFRIE MILLER, et. al., |
| 7 | |
|   | Plaintiffs, |
| 8 | vs. |
| 9 | CITY OF OAKLAND, et. al., |
| 10 | Defendants. |
| 11 | (Case No. 07-1773-MHP) |
| 12 | TERRELL TURNER, et al. |
| 13 | Plaintiffs, |
| 14 | vs. |
| 15 | CITY OF OAKLAND, et al., |
| 16 | Defendants. |
| 17 | (Case No. C-08-3114-MHP) |
| 18 | LAWRENCE COLEY, et al. |
| 19 | Plaintiffs, |
| 20 | vs. |
| 21 | CITY OF OAKLAND, et al., |
| 22 | Defendants. |
| 23 | (Case No. C-08-4255-MHP) |
| 24 | |
| 25 | |
| 26 | |

UPDATED JOINT MANAGEMENT CONFERENCE
STATEMENT AND STIPULATION AND PROPOSED
ORDERS CONTINUING SETTLEMENT CONFERENCE
AND DEADLINES                                          -2-

C-04-4843-SI

The parties to the above-captioned actions, by and through their respective counsel, submit their updated Case Management Conference Statement, and hereby stipulate and agree that the Settlement Conference presently scheduled for Friday, February 8, 2013 at 9:30 a.m. before the Honorable Nathanael Cousins, and the deadline for filing dispositive motions regarding the remaining injunctive relief issues be continued approximately seventy-five (75) days.

Good cause exists for these continuances on the grounds that after meeting and conferring on January 24, 2013, counsel for the parties made significant progress toward reaching an agreement on the injunctive relief claims, including further revisions to the Oakland Police Department ("OPD") field strip search policy and proposed oversight and monitoring to ensure implementation and compliance with these policy changes. As the parties believe they can resolve these issues independently, they respectfully request this continuance to finalize the terms of their settlement agreement.

Dated: January 31, 2013

OFFICE OF THE CITY ATTORNEY OF OAKLAND

By_____/s/_____
ARLENE M. ROSEN
Senior Deputy City Attorney
Attorneys for Defendants CITY OF OAKLAND, et al.

Dated: January 31, 2012

LAW OFFICES OF JOHN L. BURRIS

By___/s/_____
JOHN L. BURRIS
Attorneys for Plaintiffs

Dated: January 31, 2012

HADDAD & SHERWIN

By_____/s/_____
MICHAEL J. HADDAD
Attorneys for Plaintiffs

1    **[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**

2    **IT IS HEREBY ORDERED** that the Settlement Conference in the above captioned

3    Matters, currently set for February 8, 2013 at 9:30 a.m. is continued to ~~April 26, 2013 at 9:30 a.m.~~ not later than 3/15/13

4    

5    The parties shall promptly notify the Court should these matters settle. In the event they do not

6    settle, the parties shall serve their respective settlement conference statements no later than ~~April

7    19, 2013.~~   Per order of Judge Cousins

8    Dated: February _4_, 2013

9                                              _____
                                               /s/ Susan Illston
10                                             UNITED STATES ~~MAGISTRATE~~ JUDGE

11

12    **[PROPOSED] ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS**

13    **IT IS FURTHER ORDERED** that the deadline for filing dispositive motions is continued

14    to ~~May 3, 2013~~ 4/1/13 for hearing on ~~June 7, 2013 at 9:00 a.m.~~ 5/10/13

15

16                                             _____
                                               /s/ Susan Illston
17    Dated: February _4_, 2013               UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26